# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| CARPENTERS' PENSION TRUST FUND OF KANSAS CITY et al. <br> *Plaintiff* <br> v. <br> MORGAN'S FLOORING, LLC <br> *Defendant* | Civil Action No. 4:18-cv-00905-GAF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lorie Beasley
Registered Agent
906 South St. Louis Street
Concordia, Missouri 64020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael G. Newbold
Arnold, Newbold, Winter & Jackson, P.C.
1100 Main Street., Suite 2001
Kansas City, Missouri 64105

Documents Served: Complaint, Summons, MAP Form

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Nov 14, 2018

_____
Signature of Clerk or Deputy Clerk

Civil Action No. 4:18-cv-00905-GAF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Lorie Beasley, Registered Agent__
was received by me on *(date)* __11/14/18__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Lorie Beasley, R/A__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__Morgan's Flooring__ on *(date)* __12/4/18__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __200.00__ for travel and $ __132.50__ for services, for a total of $ __332.50__ ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: __11/14/18__

_____
Server's signature

Tim Murphy - Private Process Server
Printed name and title

4219 Mercier, Kansas City, MO 64111
Server's address

Additional information regarding attempted service, etc: